Gayle E. Mills  
Chapter 7 Trustee  
PO Box 36317  
Tucson, AZ 85740  
(520) 792-1115

THIS ORDER IS APPROVED.

Dated: May 20, 2013

*Brenda Whinery*

Brenda Moody Whinery, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EPLEY, MICHAEL H | ) | Case No. 11-18619TUC BMW |
| EPLEY, BRENDA MAY | ) | |
| | ) | ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $286.53 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

Dated: _____    By: _____
 The Hon. BRENDA M. WHINERY
 UNITED STATES BANKRUPTCY JUDGE